UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNDEE HENDRICKS,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK of CALIFORNIA LLC and HUNTS & HENRIQUES, CLP,<br><br>Defendants. | No.  2:19-cv-02334-KJM-AC<br><br><br><br>ORDER |

In a minute order filed by the court on March 26, 2020, a status conference was set for April 30, 2020, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on March 19, 2020, but there was no appearance by attorney Patil T. Derderian for defendant Synchrony Bank of California, LLC at the April 30, 2020 conference.

The court notes that Mr. Derderian sent an email apology following hearing and as a result the court is not issuing an Order to Show Cause as it had planned.  The court rather simply cautions counsel that in the future the court may not be so lenient.

DATED:  May 5, 2020.

CHIEF UNITED STATES DISTRICT JUDGE